**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TALIRA JONES and CHRISTOPHER MINNECI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CROUSE HEALTH HOSPITAL, INC.,<br><br>Defendant. | Civil Action No. 5:26-cv-1302 (FJS/ML) |

**DEFENDANT'S NOTICE OF MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and Local Rule 7.1, Defendant Crouse Health Hospital, Inc. ("Crouse" or "Defendant") hereby moves the Court to dismiss the Complaint filed by Plaintiffs Talira Jones and Christopher Minneci ("Plaintiffs"), individually and on behalf of all others similarly situated, in its entirety.

As explained in detail in the accompanying Memorandum of Law, the grounds for this Motion are that (1) the Complaint does not properly allege the unauthorized disclosure of protected health information; (2) Plaintiffs consented to all alleged data processing activities; (3) Plaintiffs fail to establish Article III standing pursuant to Rule 12(b)(1); (4) Plaintiffs fail to state proper claims under New York common law, including breach of fiduciary duty/confidentiality, breach of implied contract, unjust enrichment, and negligence; (5) Plaintiffs' New York statutory claim under General Business Law § 349 fails; and (6) Plaintiffs fail to plead a violation under federal wiretapping law (the Electronic Communications Privacy Act).

Accordingly, this Court should dismiss Plaintiffs' Complaint in its entirety with prejudice.

Defendant respectfully requests oral argument on this Motion pursuant to Local Rule 7.1(a) and 7.1(b)(5)

Dated: September 15, 2026

**THOMPSON HINE LLP**

/s/ *Brian P. Lanciault*
Brian P. Lanciault, Jr.
300 Madison Avenue, 27th Floor
New York, New York 10017
Tel.: (212) 344-5680
Fax: (212) 344-6101
Brian.Lanciault@ThompsonHine.com

Steven G. Stransky *pro hac vice forthcoming*
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Tel.: (216) 566-5500
Fax: (216) 566-5800
Steve.Stransky@ThompsonHine.com

Kim S. Sandell *pro hac vice forthcoming*
Sophie E. Krueger *pro hac vice forthcoming*
2049 Century Park East, Suite 3500
Los Angeles, California 90067
Tel.: (310) 998-9100
Fax: (310) 998-9109

*Attorneys for Defendant Crouse Health Hospital, Inc.*